# Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | SUSANNA M. SUH |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | (202) 862-8900 | MICHAEL J. OHLER | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | | DAVID R. OWEN | JONATHAN D. THIER |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | SEAN P. TONOLLI* |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 24 MONUMENT STREET | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | LONDON EC3R 8AJ | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | +44 (0)20 7920 9800 | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | S. PENNY WINDLE |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | WRITER'S DIRECT NUMBER | THORN ROSENTHAL | COREY WRIGHT |
| JOAN MURTAGH FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG |
| JONATHAN J. FRANKEL | ALIZA R. LEVINE | 212-701-3008 | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| PIERRE M. GENTIN | | | | |

*ADMITTED IN DC ONLY

July 13, 2018

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. David Middendorf, et al.*, 18 Cr. 36 (JPO)

Dear Judge Oetken:

On behalf of our client, Thomas Whittle, we respectfully request the following modification to the terms of Mr. Whittle's pretrial release.

The conditions of Mr. Whittle's pretrial release currently restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey, the District of Connecticut, and Florida. Mr. Whittle resides in New Jersey, approximately 40 miles from the New Jersey-Pennsylvania border. With the Court's permission, Mr. Whittle would like to take his son to several locations in Pennsylvania during his son's summer break from elementary school. Those locations include Philadelphia, Allentown, and Hershey. Accordingly, we respectfully request that the Court modify the terms of Mr. Whittle's pretrial release to permit travel to the Eastern District of Pennsylvania and the Middle District of Pennsylvania between July 21, 2018, and September 11, 2018.

CAHILL GORDON & REINDEL LLP

- 2 -

   Mr. Whittle will notify Pretrial Services regarding the specific travel dates and locations of his trips in advance of any such trip.  Neither the Government nor Pretrial Services object to this request.

Sincerely,

Bradley J. Bondi
Nola B. Heller
Sean P. Tonolli (*pro hac vice*)

*Counsel for Thomas Whittle*

cc: Amanda Kramer, Assistant United States Attorney (via email)
   Rebecca Mermelstein, Assistant United States Attorney (via email)
   Jessica Greenwood, Assistant United States Attorney (via email)
   United States Pretrial Services Officer Francesca Tessier-Miller (via email)
   United States Pretrial Services Officer Michelle Roman (via email)

**Granted.**
**So Ordered: 7/16/18**

_____
J. PAUL OETKEN
United States District Judge