# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | 1990 K STREET, N.W. | NOAH B. NEWITZ | SUSANNA M. SUH |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | MICHAEL J. OHLER | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | JONATHAN D. THIER |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI* |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | +44 (0)20 7920 9800 | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | S. PENNY WINDLE |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | WRITER'S DIRECT NUMBER | THORN ROSENTHAL | COREY WRIGHT |
| JOAN MURTAGH FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG |
| JONATHAN J. FRANKEL | ALIZA R. LEVINE | 212-701-3008 | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| PIERRE M. GENTIN | | | | |

*ADMITTED IN DC ONLY

August 14, 2018

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States* v. *David Middendorf*, et al., 18 Cr. 36 (JPO)

Dear Judge Oetken:

On behalf of our client, Thomas Whittle, we respectfully request the following modification to the terms of Mr. Whittle's pretrial release.

The conditions of Mr. Whittle's pretrial release restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey, the District of Connecticut, and Florida. Mr. Whittle is also permitted to travel to the Eastern and Middle Districts of Pennsylvania until September 11, 2018.

Mr. Whittle would like to spend the period between August 18, 2018 until August 25, 2018 in Bethany Beach, Delaware with his family. As such, we request that he be permitted to travel to the District of Delaware, and to drive through a portion of the District of Maryland to travel to and from Delaware, between August 18, 2018 and August 25, 2018. Neither the Government nor Pretrial Services objects to this request.

CAHILL GORDON & REINDEL LLP

- 2 -

Sincerely,

Bradley J. Bondi
Nola B. Heller
Sean P. Tonolli (*pro hac vice*)

*Counsel for Thomas Whittle*

cc:   Amanda Kramer, Assistant United States Attorney (via email)
      Rebecca Mermelstein, Assistant United States Attorney (via email)
      Jessica Greenwood, Assistant United States Attorney (via email)
      Francesca Tessier-Miller, United States Pretrial Services Officer, SDNY (via email)
      Daniel Milne, United States Pretrial Services Officer, DNJ (via email)

Granted.
So Ordered.
  Dated:  August 15, 2018

_____
J. PAUL OETKEN
United States District Judge