# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | 1990 K STREET, N.W. | NOAH B. NEWITZ | SUSANNA M. SUH |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | MICHAEL J. OHLER | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | JONATHAN D. THIER |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI* |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | +44 (0)20 7920 9800 | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | S. PENNY WINDLE |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | WRITER'S DIRECT NUMBER | THORN ROSENTHAL | COREY WRIGHT |
| JOAN MURTAGH FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG |
| JONATHAN J. FRANKEL | ALIZA R. LEVINE | 212-701-3008 | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| PIERRE M. GENTIN | | | | |

*ADMITTED IN DC ONLY

September 13, 2018

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States* v. *David Middendorf*, et al., 18 Cr. 36 (JPO)

Dear Judge Oetken:

On behalf of our client, Thomas Whittle, we respectfully request the following modification to the terms of Mr. Whittle's pretrial release.

The conditions of Mr. Whittle's pretrial release restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey, the District of Connecticut, and Florida.

Mr. Whittle would like to attend a family wedding in Nebraska in October. Because of available flights, he would like to fly to Kansas City, Missouri, and then drive to Nebraska, passing through portions of Iowa, Kansas, and Missouri. Accordingly, we request that Mr. Whittle be permitted to travel to the District of Nebraska, the Southern District of Iowa, the District of Kansas, and the Western District of Missouri during the period between October 17, 2018 and October 24, 2018. Neither the Government nor Pretrial Services objects to this request.

**Granted.**
**So Ordered: 9/14/18**

_____
J. PAUL OETKEN
United States District Judge

CAHILL GORDON & REINDEL LLP

- 2 -

Sincerely,

Bradley J. Bondi
Nola B. Heller
Sean P. Tonolli (*pro hac vice*)

*Counsel for Thomas Whittle*

cc: Amanda Kramer, Assistant United States Attorney (via email)
Rebecca Mermelstein, Assistant United States Attorney (via email)
Shannon T. Hernandez, United States Pretrial Services Technician, SDNY (via email)
Daniel Milne, United States Pretrial Services Officer, DNJ (via email)