

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2020

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

      Re:    **United States v. Thomas Whittle,**
              **18 Cr. 36 (JPO)**

Dear Judge Oetken:

      The Government writes, with consent of defense counsel, to provide an update to the Court on the defendant's sentencing. The parties respectfully request that the Court schedule a sentencing date for late October or early November.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

by: _____/s/_____
      Rebecca Mermelstein
      Martin Bell
      Jordan Estes
      Margaret Graham
      Assistant United States Attorneys
      (212) 637-2360/2463/2543/2923