# CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | DARREN SILVER |
| ANIRUDH BANSAL | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | JASON M. HALL | | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | | MEGHAN N. McDERMOTT | ROSS E. STURMAN |
| BRADLEY J. BONDI | NOLA B. HELLER | 1990 K STREET, N.W. | WILLIAM J. MILLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | ANTHONY K. TAMA |
| JAMES J. CLARK | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI |
| LISA COLLIER | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | DAVID WISHENGRAD |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JENNIFER B. EZRING | TED B. LACEY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | JOSHUA M. ZELIG |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | (212) 701-3008 | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | MICHAEL A. SHERMAN | |

\* ADMITTED IN DC ONLY

January 13, 2021

**VIA ECF**

Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Granted.
> So ordered.
> Jan. 14, 2021
>
> /s/ J. Paul Oetken
> J. PAUL OETKEN
> United States District Judge

    Re: *United States* v. *Middendorf, et al.*
      No. 18-cr-00036 (JPO)
      Request for Return of Passport

Dear Judge Oetken:

  On behalf of our client, Thomas Whittle, we respectfully request that the Court order the release of Mr. Whittle's passport by the United States Pretrial Services Office. On December 2, 2020, Mr. Whittle was sentenced to time served, two years of supervised release, and restitution to be ordered at a later date. He is complying with the terms of his supervised release. Assistant United States Attorney Rebecca Mermelstein has informed us that the government does not object to this request.

                    Sincerely,

                    /s/ Nola B. Heller
                    Bradley J. Bondi / Nola B. Heller
                    *Counsel for Thomas Whittle*

cc:  All counsel of record (via ECF)

   Robert Trail, Deputy Chief, United States Pretrial Services Office for the Southern District of New York (via email)